

No. 14–0322/MC. U.S. v. Matthew A. Gilbreath. CCA 201200427. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 30, 2014.

No. 14–0323/AR. U.S. v. Carlos S. Caicedo. CCA 20110833. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 3, 2014.

No. 14–0327/AF. U.S. v. Zachary N. Capps. CCA 38160. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 3, 2014.

No. 14–6002/AF. U.S. v. Ronnie S. Mobley, Jr. CCA 2013–21. Appellant's motion to stay trial proceedings is denied.

Wednesday, January 15, 2014

